**JESSE ANDERSON and LESTER ANDERSON, v. THE STATE OF FLORIDA.**

23 So. (2nd) 619                                              June Term, 1945
October 12, 1945                                                  Division A

*P. Guy Crews,* for appellants.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.